|  | * | IN THE |
|---|---|---|
| IN THE MATTER OF THE PETITION FOR REINSTATEMENT OF KELLY GARNER KILROY TO THE BAR OF MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| | * | AG No. 20 |
| | * | September Term, 2023 |
| | * | |

## ORDER

Upon consideration of the petition for reinstatement and Bar Counsel's response, it is this 19th day of January 2024, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that Kelly Garner Kilroy is reinstated as a member of the Bar of Maryland; and it is further

ORDERED that the Clerk of the Court shall replace the name Kelly Garner Kilroy upon the register of attorneys entitled to practice law in this State and certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in this State.

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk